FILED

12/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0616

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 24-0616

---

CHAD WILLIAMS,

      Petitioner,

  v.

TOM GREEN, Warden,
Dawson County Correctional Facility,

      Respondent.

---

**ORDER**

---

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including January 5, 2025, within which to prepare, serve, and file its response to the petition.

**CLG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 2 2024